# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br>**NANCY SUAREZ RAMOS**<br>Debtors | CASE NO. 23-03263-MAG<br><br>CHAPTER 13 |
|---|---|

### NOTICE RESCHEDULING MEETING OF CREDITORS

**TO THE HONORABLE COURT**:

**COME NOW**, debtor, NANCY SUAREZ RAMOS, through the undersigned attorney and respectfully STATE and PRAY:

1. The meeting of creditors will be held by Chapter 13 Trustee Osmarie Navarro Martinez on **December 12, 2023 at 2:00pm** via **Zoom**. To join the meeting, participants need to enter this **Meeting ID** 284 602 1812, **Passcode** 1782019222. If debtor(s) has/have no access to internet or video or is/are experiencing trouble connecting by video, they should join the meeting by audio calling to: **Phone 1-**(939) 291-2294.

   If a creditor or other interested party is unable to join by video they can join by audio only.

   Please note that Debtor(s) telephonic appearance will likely result in the rescheduling of their meeting to another date and time.

   For additional meeting information go to:

   https://www.justice.gov/ust/moc

**CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all participants using the CM/ECF System and I hereby certify that I have mailed by first class mail, United States Postal Service

the documents to the following non CM/ECF participants as per the mailing list on file.

In Sabana Grande, Puerto Rico this 15th day of November, 2023.

/S/ *Peter Anthony Santiago Gonzalez*
**PETER ANTHONY SANTIAGO GONZALEZ, ESQ**
**USDC-PR 304201**
**Attorney for debtor**
P.O. Box 1414
Sabana Grande, Puerto Rico 00637
Tels: (787) 396-9029
Email: quiebrapr@gmail.com